## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYFORD BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-04-R |
| | ) |
| JOSEPH K. LESTER, *et al.*, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Valerie K. Couch. On May 28, 2010, Judge Couch issued a Report and Recommendation, wherein she recommended the action be dismissed for failing to state a claim. Plaintiff has not objected to the Report and Recommendation, despite obtaining an extension of time in which to object.[1] Accordingly, the Report and Recommendation is adopted in its entirety and this action is hereby DISMISSED.

IT IS SO ORDERED this 21st day of July 2010.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] On June 8, 2010, Plaintiff filed an application for extension of time to file response. The Court granted the motion by order dated that same date and mailed a copy to Plaintiff at the address he provided in a June 8, 2010 Change of Address form. The order was returned by the postal service as undeliverable. Plaintiff has had no contact with the Court since June 8, 2010.