# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYFORD BONNER, II,           ) | |
|                 **Plaintiff**,     ) | |
| v.                            ) | Case No. CIV-10-04-R |
| JOSEPH K. LESTER, et al.,     ) | |
|                 **Defendant**.   ) | |

## JUDGMENT

Judgment is hereby entered in favor of the Defendants.

**ENTERED** this 21st day of July 2010.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE